# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Martin Mele
                                   Plaintiff,

v.                                                         Case No.: 1:21–cv–04477
                                                             Honorable Matthew F. Kennelly

Pan–Oceanic Engineering Co., Inc.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 1, 2022:

       MINUTE entry before the Honorable Matthew F. Kennelly: Joint motion for extension of time [17] is granted; the deadlines for Rule 26(a)(1) disclosures and defendant's response to the amended complaint are extended to 2/4/2022. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.