# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Martin Mele

                                 Plaintiff,

v.                                           Case No.: 1:21−cv−04477
                                                    Honorable Matthew F. Kennelly

Pan−Oceanic Engineering Co., Inc.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 7, 2022:

       MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 2/7/2022. Plaintiff's response to the motion to dismiss [19] is due 3/2/2022; reply is due 3/23/2022. Defendant's motion to stay [15] is denied without prejudice. A telephonic status hearing is 3/29/2022 at 9:00 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.